**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

ABDUL BOYD,                                          :  No. 90 WM 2017
                                                     :
            Petitioner      :
                                                     :
                                                     :
            v.              :
                                                     :
                                                     :
PENNSYLVANIA BOARD OF                                :
PROBATION AND PAROLE,                                :
                                                     :
            Respondent      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.